**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1471**

_____

GEORGE CLEVELAND,

        Plaintiff – Appellant,

    v.

LARRY W. ABERNATHY, Major, in his official capacities as
Mayor and Chief Executive Officer of the City of Clemson,
South Carolina; BUFORD E. TRENT, a/k/a Butch, in his
official capacities as Mayor Pro Tem of the City of Clemson,
South Carolina,

        Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry M. Herlong, Jr., Senior
District Judge. (8:08-cv-00517-HMH)

_____

Submitted: July 30, 2009        Decided: August 4, 2009

_____

Before MOTZ, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Cleveland, Appellant Pro Se. James Dean Jolly, Jr.,
LOGAN, JOLLY & SMITH, LLP, Anderson, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint, and a subsequent order denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Abernathy, No. 8:08-cv-00517-HMH (D.S.C. Mar. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2